21942. CANDLER *v.* YAARAB TEMPLE BUILDING COMPANY.

BROYLES, C. J. The judgment of this court, affirming the judgment of the city court overruling the motion for new trial, having been reversed by the Supreme Court on certiorari, the judgment of affirmance is vacated; and it is now held that the overruling of the motion for new trial by the city court was error. 45 *Ga. App.* 183, 178 *Ga.* 63.

*Judgment reversed. Jenkins, P. J., and Stephens, J., concur.*

DECIDED DECEMBER 29, 1933.

*Tye, Thomson & Tye, Edwin L. Sterne,* for plaintiff in error.
*Colquitt, Parker, Troutman & Arkwright, Branch & Howard, Bond Almand,* contra.